# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-40328
_____

Consumers' Research; By Two, L.P.,

*Plaintiffs—Appellees,*

*versus*

Consumer Product Safety Commission,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:21-CV-256

_____

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT